# United States Bankruptcy Court
## Southern District of Florida

In re   C.H.I.R. Corporation

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   C.H.I.R. Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Caryle DeCruise
1490 SW 164th Avenue
Pembroke Pines, FL 33027

Ingrid Beckles
c/o HT Smith, Esquire
1017 NW 9th Court
Miami, FL 33136

Ronald Brandon
c/o Nigel E. Blackman, Esquire
Blackman & Melville, P.C.
11 Broadway, Suite 615
New York, NY 10004

☐ None [*Check if applicable*]

August  5, 2016

Date

/s/ Richard R. Robles, Esquire
Richard R. Robles, Esquire 0088481

Signature of Attorney or Litigant

Counsel for   C.H.I.R. Corporation

Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive
Suite 228
Miami, FL 33131
(305) 755-9200
rrobles@roblespa.com