Fill in this information to identify the case:

Debtor name: C.H.I.R. Corporation
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alcira Marcella Britt c/o Roniel Rodriguez IV, P.A. 12555 Biscayne Boulevard, Suite 915 Miami, FL 33181 | | Judgment Lien | | $2,800,000.00 | $7,840.42 | $2,792,159.58 |
| Danny Brown 4100 SW 57th Avenue Miami, FL 33157 | | First Position Mortgage | | $494,000.00 | $765,655.61 | $0.00 |
| Internal Revenue Service SPF- Bankruptcy P.O. Box 17167, Stop 5730 Attention Bankruptcy Unit Fort Lauderdale, FL 33318 | | Taxes | Contingent Unliquidated Disputed | Unknown | | Unknown |
| Lakeisha Wooden c/o Law Offices of Arturo Dopazo, III 1675 SW 27th Avenue Miami, FL 33145 | | Civil Suit | Contingent Unliquidated Disputed | Unknown | | Unknown |
| Maurice D. Williams c/o Silva & Silva, P.A. 236 Valencia Avenue Coral Gables, FL 33134 | | Judgment Lien | | $202,650.00 | $271,655.61 | 0.00 |
| Miami-Dade County Code Enforcement 111 NW 1st Street, Suite 1750 Miami, Florida 33128 | | Statutory Lien | | $11,619.00 | $777,274.61 | 0.00 |

Debtor    C.H.I.R. Corporation
          Name                                                                Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Miami-Dade County Property Tax Appraiser<br>c/o Carlos Gimenez, Mayor of Miami-Dade County<br>111 NW 1st Street<br>33128 | | Statutory Lien | | $33,891.39 | $811,166.00 | 0.00 |
| Miami-Dade County Water Management Division, Stormwater Utility<br>701 NW 1st Court, Suite 400<br>Miami, FL 33136 | | Statutory Lien | | Unknown | $765,655.61 | Unknown |
| Michael L. Smathers, II<br>c/o Greenspoon Marder, P.A.<br>200 East Broward Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301 | | Civil Suit | Contingent Unliquidated Disputed | Unknown | | Unknown |
| The Estate of Kijuan Lamar O'Neal Byrd<br>Joy M. Carr, Esquire as Curator<br>201 Alhambra Circle, Suite 705<br>Coral Gables, FL 33134 | | Civil Suit | Contingent Unliquidated Disputed | Unknown | | Unknown |
| U.S. Alliance Corp.<br>3555 NW 77th Avenue, Suite 106<br>Doral, FL 33122 | | Judgment Lien | | $61,165.19 | $69,005.61 | 0.00 |